UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KATHLEEN CROCKFORD            :
                             :
                             :
v.                           :    CIV. NO. 3:10CV813(HBF)
                             :
LAWRENCE M. SPENCER, ET AL.  :
                             :
                             :

VERDICT FORM

        We, the jury, unanimously award the following to compensate
plaintiff for damages she has proven by a preponderance of the
evidence were proximately caused by defendant's negligence:


        Economic Damages:        $_____

        Noneconomic Damages:     $ _____


                    TOTAL     $ _____



        If you make no award as to either of the above items, you
will insert the word "NONE" as to that item.



        **When you have finished answering the appropriate questions
on this form, you may report your verdict.**

        **The form should be signed and dated by the foreperson.**


_____        _____
Foreperson                               Date